# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>USPS Priority Express Mail parcel with tracking number EL780288619US addressed to "Lisa Butler, 89 Meek Ave., Columbus, OH 43222" bearing the return address of "Mike Acosta, 862 N. Batavia St., Orange, CA 92868." | Case No. 2:17 mj 389 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property
USPS Priority Express Mail parcel with tracking number EL780288619US addressed to "Lisa Butler, 89 Meek Ave., Columbus, OH 43222" bearing the return address of "Mike Acosta, 862 N. Batavia St., Orange, CA 92868."

located in the _____Southern_____ District of _____Ohio, Eastern Division_____, there is now concealed *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector DANIEL J. JOHNSON

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*
DANIEL J. JOHNSON, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 20, 2017

_____
*Judge's signature*

City and state: COLUMBUS, OHIO

KIMBERLY A. JOLSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE SEARCH OF:<br><br>USPS Priority Express Mail parcel<br>EL780288619US addressed to "Lisa<br>Butler, 89 Meek Ave., Columbus, OH<br>43222" | MISC NO. 2:17mj389 |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Daniel J. Johnson, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the past 9 years, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at the U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local police units.

2. The U.S. Postal Inspection Service is aware that drug traffickers have been using Priority Express Mail, a business-oriented service offered by the Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Priority Mail network. Inspectors routinely review shipment documents and Express Mail packages originating from or destined to drug source areas to identify instances where there is a possibility of drug trafficking.

3. On July 15, 2017, Postal Inspectors identified a USPS Priority Express Mail parcel with tracking number EL780288619US that they believed to contain narcotics.

4. On July 14, 2017, Postal Inspectors took custody of USPS Priority Express Mail parcel with tracking number EL780288619US addressed to "Lisa Butler, 89 Meek Ave., Columbus, OH 43222" bearing the return address of "Mike Acosta, 862 N. Batavia St., Orange, CA 92868." The parcel is a 12" x 12" x 5.5" "Large Flat Rate" cardboard box and was mailed on July 18, 2017, from Corona, CA 92878 with $53.80 in postage affixed.

5. According to law enforcement databases, the recipient address of 89 Meek Ave., Columbus, OH 43222, can be associated to Lisa Butler. There was also a phone number for the sender of 614-345-8640, law enforcement databases associate this number to Jason Antis. On July 17, 2017 Inspectors seized 2.11 pounds of marijuana from a parcel that was addressed to Jason Antis at another address in Columbus.

6. According to law enforcement and postal databases, the return address of 862 N. Batavia St., Orange, CA 92868 does not exist and therefore cannot be associated to a resident by the name of Mike Acosta.

7. Additionally, California is a known source area for shipment of illegal narcotics to Central Ohio, as well as other areas of the United States.

8. On July 19, 2017, Postal Inspectors contacted Officer David Jones, Columbus Police Department, who is the handler for "Ayko" a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of marijuana, hashish, cocaine, "crack," heroin, and methamphetamine. K-9 "Ayko" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Ayko" has successfully detected narcotics; demonstrating clear, positive, aggressive (scratch) alerts, establishing himself as a highly reliable police dog.

9. The subject parcel was hidden among other packages, and "Ayko" was allowed to search the entire area. Officer Jones concluded that K-9 "Ayko" did alert positively to USPS Priority Mail parcel EL780288619US, based on that alert, Officer Jones concluded that the odor of one of the drugs that K-9 "Ayko" is trained and certified to detect was present.

10. Based on the information contained herein, your affiant maintains there is probable cause to believe that the USPS Priority Express Mail parcel bearing tracking number EL780288619US contains controlled substances, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

11. Based on the facts set forth in this Affidavit, I believe there is probable cause to believe that controlled substances are being concealed in the parcel, and seek the issuance of a warrant to search the parcel for controlled substances to be seized.

Daniel J. Johnson
United States Postal Inspector

Sworn to before me, and subscribed in my presence, this 20th day of July 2017, in Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge

2